IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,  )
                                    )   2:12-cv-01655-GEB-GGH
           Plaintiff,  )
                                    )
     v.  )   <u>ORDER CONTINUING STATUS</u>
                                    )   <u>(PRETRIAL SCHEDULING)</u>
JOHN DOE,  )   <u>CONFERENCE</u>
                                    )
          Defendant.  )
_____ )

        Plaintiff's Status Report filed October 1, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 15, 2012, is continued to January 14, 2013, at 9:00 a.m.  A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

        IT IS SO ORDERED.

Dated:  October 10, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge