IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | |
| | ) | 2:12-cv-01655-GEB-GGH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | (PRETRIAL SCHEDULING) |
| JOHN DOE, | ) | CONFERENCE |
| | ) | |
| Defendant. | ) | |

This case concerns Plaintiff's allegations that Defendant John Doe unlawfully reproduced and distributed a copyrighted adult entertainment video using a specified Internet Protocol ("IP") address. (Compl. ¶¶ 1, 4, ECF No. 1.) Plaintiff was granted leave to conduct expedited discovery to determine the identity of Defendant John Doe, and subsequently obtained the identity of the internet subscriber associated with the relevant IP address. (See Pl.'s Case Status Report 2:5-14, ECF No. 11.) However, Plaintiff states in its "Motion for Administrative Relief to Continue Status (Pretrial Scheduling) Conference" filed January 2, 2013, as follows:

> Plaintiff discovered that the [registered internet subscriber associated with the IP address at issue] is in fact dead. Plaintiff is currently in the process of ascertaining the infringer by investigating the current users of the account associated with the [relevant] IP address . . . . Plaintiff will proceed to contact the current users, and ultimately identify, and possibly serve, the infringer in this case. Plaintiff is currently in the process of communicating with the family of the deceased subscriber to the internet service associated with [the relevant IP address]. By the

1

> end of January 2013, Plaintiff aims to either name and serve a defendant or dismiss the case. At this juncture, Plaintiff believes that, in light of the above, a case status conference is unnecessary as there is nothing substantive to report on at this time outside of the matters discussed herein.

(ECF No. 12, 2:1-11 (internal citation omitted).)

In light of these representations, the Status (Pretrial Scheduling) Conference scheduled for hearing on January 14, 2013, is continued to March 4, 2013, at 9:00 a.m. A further status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff is required to address the status of its efforts to identify and serve Defendant John Doe.

IT IS SO ORDERED.

Dated:  January 9, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge